AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

UNITED STATES OF AMERICA

-v-

PAUL GREENWOOD and
STEPHEN WALSH,
        Defendants

**APPEARANCE**

Case Number: 09 Cr. 722 (MGC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant STEPHEN WALSH

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/20/2009 | *[signature]* |
| Date | Signature |
| | Glenn C. Colton     (GC-2493) |
| | Print Name     Bar Number |
| | Sonnenschein Nath & Rosenthal LLP |
| | 1221 Avenue of the Americas |
| | Address |
| | New York, NY 10020 |
| | City    State    Zip Code |
| | 212-768-6700    212-768-6800 |
| | Phone Number    Fax Number |