UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

-v-                                          09 Cr. 722 (MGC)

PAUL GREENWOOD, and
STEPHEN WALSH,

              Defendants.
------------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support of Defendant Stephen Walsh's Motion for Release of Funds for Attorney's Fees and Costs, the Declarations of Stephen Walsh and Glenn C. Colton, and the accompanying exhibits thereto, Defendant Stephen Walsh will move this Court, before the Honorable Miriam G. Cedarbaum, United States District Judge, in the United States Courthouse, 500 Pearl Street, New York, New York, on February 4, 2010 at 10:30 a.m., for an Order granting the release of $4.5 million at specified intervals for Mr. Walsh's payment of his defense attorneys' fees and costs in this criminal action.

Dated: New York, New York
       December 22, 2009

SONNENSCHEIN NATH & ROSENTHAL LLP
By: _____/s/_____
    Glenn C. Colton (GC-2493)
    1221 Avenue of the Americas
    New York, New York 10020-1089
    Telephone: 212-398-5797
    gcolton@sonnenschein.com

    Mark A. Flessner (*admitted pro hac vice*)
    233 S. Wacker Drive, Suite 7800
    Chicago, Illinois 60606
    Telephone: 312-876-3136
    mflessner@sonnenschein.com

*Attorneys for Defendant Stephen Walsh*