UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                         :
:
-v-                                               :    09 Cr. 722 (MGC)
:
PAUL GREENWOOD and                                               :
STEPHEN WALSH,                                                   :
:
Defendants.             :
----------------------------------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support of Defendant Stephen Walsh's Motion for Reconsideration Pursuant to Local Rule 6.3, the Defendant Stephen Walsh will move this Court, before the Honorable Miriam G. Cedarbaum, United States District Judge, in the United States Courthouse, 500 Pearl Street, New York, New York, on April 13, 2010 at 10:30 a.m. for an order amending the language of this Memorandum Opinion and Order granting in part Mr. Walsh's request to release untainted funds to use as attorneys' fees.

Dated: March 22, 2010                SONNENSCHEIN NATH & ROSENTHAL LLP

By: ____/s/_____
Mark A. Flessner (admitted *pro hac vice*)
233 S. Wacker Drive
Suite 7800
Chicago, Illinois 60606
Telephone: 312-876-3136
mflessner@sonnenschein.com

Glenn C. Colton (GC-2493)
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: 212-398-5797
gcolton@sonnenschein.com