UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
COMMODITY FUTURES TRADING
COMMISSION,

                    Plaintiff,

        -against-

STEPHEN WALSH, PAUL GREENWOOD,
WESTRIDGE CAPITAL MANAGEMENT,
INC., WG TRADING INVESTORS, L.P.,
WGIA, LLC,

                    Defendants,

        -and-

WESTRIDGE CAPITAL MANAGEMENT
ENHANCEMENT FUNDS INC, WG TRADING
COMPANY, L.P., WGI LLC, K&L
INVESTMENTS, and JANET WALSH,

                    Relief
                    Defendants.

------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

        -against-

WG TRADING INVESTORS, L.P., WG
TRADING COMPANY, L.P., WESTRIDGE
CAPITAL MANAGEMENT, INC., PAUL
GREENWOOD and STEPHEN WALSH,

                    Defendants,

        -and-

ROBIN GREENWOOD and JANET WALSH,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/10

ORDER

09 Civ. 1749 (GBD)

09 Civ. 1750 (GBD)

Relief
                         Defendants.

------------------------------------X
UNITED STATES OF AMERICA,


         -against-                        09 Cr. 722 (MGC)

PAUL GREENWOOD, and STEPHEN WALSH,

                         Defendants.

------------------------------------X

APPEARANCES:

          HAFETZ & NECHELES & ROCCO
          Attorneys for Defendant Paul Greenwood
          500 Fifth Avenue, 29th Floor
          New York, New York 10110

          By:  Frederick P. Hafetz, Esq.
               Susan R. Necheles, Esq.
               Tracy E. Sivitz, Esq.

          SONNENSCHEIN NATH & ROSENTHAL LLP
          Attorneys for Defendant Stephen Walsh
          233 S. Wacker Drive, Suite 7800
          Chicago, Illinois 60606

          By:  Mark A. Flessner, Esq.

          SONNENSCHEIN NATH & ROSENTHAL LLP
          Attorneys for Defendant Stephen Walsh
          1221 Avenue of the Americas
          New York, New York 10020

          By:  Glenn C. Colton, Esq.

          PREET BHARARA
          United States Attorney for the
          Southern District of New York

          By:  John J. O'Donnell, Esq.
               Marissa Molé, Esq.

**GEORGE B. DANIELS and MIRIAM GOLDMAN CEDARBAUM,**
**United States District Judges:**

Defendant Stephen Walsh moves for reconsideration of our opinion of March 9, 2010 granting in part his motion to release property for lawyers' fees.

Walsh has not demonstrated that the Court overlooked matters or controlling decisions that, had they been considered, might reasonably have altered our decision.

We carefully considered the issues raised at the time we rendered our original decision. Since Walsh has presented no new matter or controlling law contrary to that decision, the motion is denied.

SO ORDERED.

Dated:  New York, New York
        April 15, 2010

_____
GEORGE B. DANIELS
United States District Judge

_____
MIRIAM GOLDMAN CEDARBAUM
United States District Judge