# EXHIBIT 3



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 11, 2010

**BY FEDEX**

Glenn C. Colton, Esq.
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089
212.398.5797

Frederick P. Hafetz, Esq.
Susan Necheles, Esq.
Tracy Sivitz, Esq.
Hafetz Necheles & Rocco
500 Fifth Avenue
New York, NY 10110
212.997.7595

Re: <u>United States v. Paul Greenwood and Stephen Walsh,</u>
    **09 Cr. 722 (MGC)**

Dear Counsel:

This letter provides additional discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P.").

<u>Disclosure By the Government</u>

Based on your requests for discovery in this case, we write to provide you with the following:

1. A CD-Rom containing documents that we have obtained from the Receiver. These documents are marked with bates numbers 27413 to 29646. The documents are indexed as follows:

| Bates Number (start) | Bates Number (end) | Receiver's Designation |
|---|---|---|
| 27413 | 27432 | Greenwich office box 10 |
| 27433 | 27825 | Greenwich office box 17 |
| 27826 | 27905 | Greenwood Family Trust |
| 27906 | 27916 | Promissory Notes |
| 27917 | 28090 | Wire instructions re: Walsh |

Defense Counsel
June 11, 2010
Page 2

| Bates Number (start) | Bates Number (end) | Receiver's Designation |
|---|---|---|
| 28091 | 28772 | Miscellaneous files, re: Walsh (1) |
| 28773 | 29646 | Miscellaneous files, re: Walsh (2) |

2. Three CD-Roms, marked as follows:

   WG-FD 1  Floppy disk (contents burned onto CD) with December 2000 spreadsheet, from Greenwich office box 17.

   WG FD2  Floppy disk (contents burned onto CD) with 1996 spreadsheet, from Greenwich office box 17

   WG FD 3  Floppy disk (contents on CD) with spreadsheets, from Greenwich office box 17

3. In our May 5, 2010 letter, we advised you that the Receiver has 21 computers that are stored at Constructure Technologies LLC, which is located in Melville, New York. We asked the Receiver to obtain an estimate for the cost of reproducing those hard drives, and we are providing you with a copy of the estimate. Please advise us if you wish to obtain copies of the hard drives, and we will facilitate that process.

The Government recognizes that its obligation to provide discovery is of a continuing nature, and the Government will supplement this response if it obtains additional evidence and materials.

<u>Sentence Reduction for Acceptance of Responsibility</u>

Please be advised that this Office will oppose both the two-point reduction under the Sentencing Guidelines for acceptance of responsibility, U.S.S.G. § 3E1.1(a), and the additional one-point reduction available for defendants who plead prior to the Government's initiation of trial preparations, U.S.S.G. § 3E1.1(b)(2), in the event your client has not entered a plea of guilty two weeks prior to trial. We will follow this policy whether or not suppression or other pretrial motions remain outstanding after this date and even if the trial date has not been announced by the Court two weeks in advance of the trial.

Defense Counsel
June 11, 2010
Page 2

       Please contact us at your earliest convenience concerning the possible disposition of this matter or any further discovery which you may request.

       Very truly yours,

       PREET BHARARA
       United States Attorney

By: _____
       John D. O'Donnell
       Marissa Molè
       Assistant United States Attorneys
       Tel: (212) 637-2490/2275
       Fax: (212) 637-0083



Constructure Technologies, LLC
425 Broad Hollow Road
Suite 304
Melville, NY 11747

Phone: 631.396.7777
Fax: 631.396.7780
Email: mcalabria@constructuretech.com
Web: www.constructuretech.com

# Estimate

**1560**

Printed 5/26/2010

**Bill To:**
Robb Evans & Associates LLC
Attn: Ed Roop
3900 Schiff Drive
Las Vegas, NV 89103

Work: (702) 220-6031
Fax: (702) 233-8719
E-Mail: ed_roop@robbevans.com

**Work Location:**
Primary
Robb Evans & Associates LLC
Ed Roop
3900 Schiff Drive
Las Vegas, NV 89103

Work: (702) 220-6031
Fax: (702) 233-8719
E-Mail: ed_roop@robbevans.com

| Expected Service Date: | 5/18/2010 | Hard Drive Imaging Project | | | | |
|---|---|---|---|---|---|---|
| Expected Service Time: | 8:30 am | | | | | |
| Date | Product/Service | Description | Price | Qty | Tax | Amount |
| 5/18/2010 | HW - Hardware | 2 TB Portable USB2.0 Hard Drive | $398.00 | 1.00 | $0.00 | $398.00 |
| 5/18/2010 | Project Cost | Project Scope: Pickup (20) Hard Drives from storage facility and create a Ghost Image of each hard Drive. Copy Image to External USB Hard Drive. Norton Ghost Reader will be provided to read images off USB Hard Drive. | $2,850.00 | | $0.00 | $2,850.00 |
| 5/18/2010 | Project Cost | Project Scope: Extract data off Compaq Server with RAID 5 Sub system. Create Image of all data and copy to External USB Drive. | $650.00 | | $0.00 | $650.00 |
| 5/18/2010 | Project Cost | Project install- Additional Labor to dublicate data to external 1TB portable drives | $500.00 | | $0.00 | $500.00 |

|  |  |
|---|---|
| Subtotal: | $4,398.00 |
| Tax: | $0.00 |
| **Total:** | **$4,398.00** |

**Notes**

Hard Drive Imaging Project:

* Project May require additional USB HDD if needed.

* Additional support to connect drives and read image data will be billed as an additional project

---

* Please note that incidental items discovered during the course of a project that fall outside of the project scope may require a CHANGE WORK ORDER, and may incur additional expenses.

Customer Signature_____  Date  /  /

* Estimate does not include shipping or handling charges.