USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

UNITED STATES OF AMERICA,

   -against-

STEPHEN WALSH,

      Defendant.

-----------------------------------x

09 Cr 722
09 Civ. 1749
09 Civ. 1750

ORDER

  The Court having considered Stephen Walsh's application for the release of funds for the cost of litigation, and

  WHEREAS Mr. Walsh moved on December 22, 2009, for an Order granting the release of funds from untainted assets for Mr. Walsh's payment of his criminal defense attorneys' fees and costs, and

  WHEREAS on March 9, 2010, the Court ordered that Defendant Walsh was entitled to retain lawyers of his choice in the criminal action and to pay them with funds from untainted assets, and

  WHEREAS on March 9, 2010, the Court found that Mr. Walsh could use untainted funds in the amount of $900,000 (the 1983 purchase price of the home at 38 Arden Lane) from the sale of his home at 7 Half Moon Lane (the "House") for payment of reasonable attorneys' fees incurred in the criminal case, and

  WHEREAS the House is on the market, but not yet sold, and

  WHEREAS the parties appeared before the Court in the criminal case on October 25, 2010 and discussed the issue of timing of the release of funds given the desire of all parties to move the case forward, it is hereby

ORDERED that the $100,298 from his 2009 tax refund being held in an unapplied account at SNR Denton US LLP shall be released to pay litigation costs in the criminal case, and is to be subtracted from the $900,000 that would otherwise later become available for that purpose from the proceeds of the sale of the House, and it is further

ORDERED that Mr. Walsh's prior law firm, Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C., shall release to SNR Denton US LLP $112,500 from an unearned retainer fee paid to Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C., to be used for litigation costs in the criminal case, and is also to be subtracted from the $900,000 that would otherwise become available from the proceeds of the sale of the House pursuant to the Court's March 9, 2010 Order.[1]

DATED: November 15, 2010

_____
Miriam G. Cedarbaum, J.
United States District Judge

DATED: _____

_____
George B. Daniels
United States District Judge

---

[1] After the release of the funds pursuant to this Order, the receiver may release to Mr. Walsh the remaining $687,202 of the total $900,000 from the sale of Mr. Walsh's home at 7 Half Moon Lane previously authorized for the payment of reasonable attorney's fees in the criminal case.

2