UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,                :

    - v -                                :          09 Cr. 722 (MGC)

PAUL GREENWOOD,                          :
STEPHEN WALSH,
                                         :
                Defendants.
------------------------------------X
COMMODITY FUTURES TRADING                :
COMMISSION,
                                         :

    - v -                                           09 Civ. 1749 (GBD)
                                         :
STEPHEN WALSH, ET AL.,
                                         :
                Defendants.
------------------------------------X
SECURITIES AND EXCHANGE                  :
COMMISSION,
                                         :

    - v -                                           09 Civ. 1750 (GBD)
                                         :
WG TRADING INVESTORS, L.P., ET AL.,
                                         :
                Defendants.
------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Pre-Hearing Memorandum of Law, the United States of America, will move the Court, before the Honorable Miriam G. Cedarbaum and the Honorable George B. Daniels, United States District Judges, in the United States Courthouse, for an Order:

    1.    Scheduling a Pre-Trial Conference before March 25, 2011, to address the proper scope and procedure of the *Monsanto* hearing scheduled to commence on March 28,

2011;

        2. Quashing any subpoenas served by the defense upon Paul Greenwood, Deborah, Duffy, Brick Kane, and any other witnesses;

        3. Requiring the defense to show good cause as to the relevance and necessity of the testimony of any witnesses it seeks to subpoena to testify at the *Monsanto* hearing; and

        4. Granting such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       March 17, 2011

                          Respectfully submitted,

                          PREET BHARARA
                          United States Attorney for the
                          Southern District of New York

      By: _____
             John J. O'Donnell
             Marissa Molé
             Assistant United States Attorneys
             (212) 637-2490/2275

# AFFIRMATION OF SERVICE

I, John J. O'Donnell, affirm under penalty of perjury as follows:

1. I am an Assistant United States Attorney in the Southern District of New York.

2. On March 17, 2011, I caused a copy of the foregoing document to be filed and served via the Court's ECF system to the following:

Glenn C. Colton, Esq.
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Direct: 212.398.5797
Mark A. Flessner, Esq.
Sonnenschein Nath & Rosenthal LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606
Direct: 312.876.3136
Attorneys For Defendant Stephen Walsh

Dated: New York, New York
March 17, 2011

JOHN J. O'DONNELL
Assistant United States Attorney
(212) 637-2490