UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,  :

    - v -  :

PAUL GREENWOOD,  :
STEPHEN WALSH,
                                             :
                Defendants.
------------------------------------X
COMMODITY FUTURES TRADING  :
COMMISSION,
  :

    - v -  :

STEPHEN WALSH, ET AL.,  :

           Defendants.
------------------------------------X
SECURITIES AND EXCHANGE  :
COMMISSION,
  :

    - v -  :

WG TRADING INVESTORS, L.P., ET AL.,  :

           Defendants.  :
------------------------------------X

**MEMO ENDORSED**

09 Cr. 722 (MGC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/11

09 Civ. 1749 (GBD)

09 Civ. 1750 (GBD)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Pre-Hearing Memorandum of Law, the United States of America, will move the Court, before the Honorable Miriam G. Cedarbaum and the Honorable George B. Daniels, United States District Judges, in the United States Courthouse, for an Order:

    1.    Scheduling a Pre-Trial Conference before March 25, 2011, to address the proper scope and procedure of the *Monsanto* hearing scheduled to commence on March 28,

*Motion granted. For oral opinion, see record of proceedings.*
*So ordered,*
*April 15, 2011*

*United States District Judge*