**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
                                      :

**UNITED STATES OF AMERICA**         :

       -v-                            :          09 Cr. 722 (MGC)

**PAUL GREENWOOD and**
**STEPHEN WALSH,**                     :

                **Defendants.**   :
-------------------------------------------------------------X

## NOTICE OF FILING

PLEASE TAKE NOTICE that Mark A. Flessner has submitted AN EX PARTE APPLICATION FOR ATTORNEYS' FEES UNDER SEAL on August 25, 2011 to the Honorable Miriam G. Cedarbaum.

Dated: August 25, 2011
       Chicago, Illinois

                                        Respectfully submitted,

                                        SNR Denton US LLP

                  By:    /s/Mark A. Flessner
                           Mark A. Flessner (admitted *Pro Hac Vice*)
                           233 S. Wacker Drive
                           Suite 7800
                           Chicago, Illinois 60606
                           (312) 876-3136
                           mark.flessner@snrdenton.com

                           Glenn C. Colton (GC-2493)
                           1221 Avenue of the Americas
                           New York, New York 10020
                           (212) 398-5797
                           glenn.colton@snrdenton.com

                           *Attorneys for Defendant Stephen Walsh*

# AFFIRMATION OF SERVICE

I, Mark A. Flessner, affirm under penalty of perjury as follows:

1. I am an attorney admitted *Pro Hac Vice* in the Southern District of New York.

2. On August 25, 2011, I caused a copy of the foregoing Notice of Filing of AN EX PARTE APPLICATION FOR ATTORNEYS' FEES UNDER SEAL to be filed and served via the Court's ECF system to the following:

John J. O'Donnell, Jr.
Assistant United States Attorney
U.S. Attorneys' Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2275
John.O'Donnell@usdoj.gov


Marissa Bea Mole
Assistant United States Attorney
U.S. Attorneys' Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2275
marissa.mole@usdoj.gov

/s/Mark A. Flessner
Mark A. Flessner