USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

     ORDER

   - against -

     09 Cr. 722 (MGC)

PAUL GREENWOOD and
STEPHEN WALSH,

        Defendants.

- - - - - - - - - - - - - - - - - - - -x

COMMODITY FUTURES TRADING COMMISSION,

        Plaintiff,     09 Civ. 1749 (GBD)

   - against -

WG TRADING INVESTORS, L.P.,
WG TRADING COMPANY, LIMITED PARTNERSHIP,
WESTRIDGE CAPITAL MANAGEMENT, INC.,
PAUL GREENWOOD and STEPHEN WALSH,

        Defendants.

   - and -

ROBIN GREENWOOD and JANET WALSH,

        Relief Defendants.

- - - - - - - - - - - - - - - - - - - -x

```
- - - - - - - - - - - - - - - - - - - - -X
SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,
                                              09 Civ. 1750 (GBD)
    - against -

WG TRADING INVESTORS, L.P.,
WG TRADING COMPANY, LIMITED PARTNERSHIP,
WESTRIDGE CAPITAL MANAGEMENT, INC.,
PAUL GREENWOOD and STEPHEN WALSH,

                    Defendants.
    - and -

ROBIN GREENWOOD and JANET WALSH,

                    Relief Defendants.
- - - - - - - - - - - - - - - - - - - - -X
```

On the *ex parte* request of Stephen Walsh for release of funds to pay his attorneys, that request is granted, and it is hereby

ORDERED that the Receiver shall pay to SNR Denton US LLP, attorneys for Stephen Walsh, $678,202, which is the amount available from the $900,000 ordered on March 9, 2010 minus the $212,798 in costs awarded on November 16, 2010.

Dated: New York, New York
       October 13, 2011

                    /s/
                    _____
                    MIRIAM GOLDMAN CEDARBAUM
                    United States District Judge

                    _____   OCT 13 2011
                    GEORGE B. DANIELS
                    United States District Judge

                    HON. GEORGE B. DANIELS

2