UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

PAUL GREENWOOD, and
STEPHEN WALSH,

Defendants.

09 cr. 722 (MGC)

ECF CASE

## NOTICE OF MOTION TO WITHDRAW

PLEASE TAKE NOTICE THAT, upon the accompanying Affirmation in Support of Motion to Withdraw, dated February 5, 2013, SNR Denton US, LLP. will move this Court before the Honorable Miriam Goldman Cedarbaum, United States District Court Judge for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be fixed by the Court, for an Order permitting SNR Denton US, LLP. and all of its attorneys and employees to withdraw from this matter.

Dated: February 5, 2013
New York, New York

SNR DENTON, US LLP.

By: /s/ Glenn C. Colton

Glenn C. Colton
SNR DENTON, US LLP.
1221 Avenue of the Americas, 25th Fl.
New York, New York 10020
Tel: 212.768-6700

*Attorneys for Defendant Stephen Walsh*