UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

PAUL GREENWOOD, and
STEPHEN WALSH,

Defendants.

09 Cr. 722 (MGC)

ECF CASE

## AFFIRMATION IN SUPPORT OF MOTION TO WITHDRAW

GLENN C. COLTON, an attorney duly admitted to practice before the courts of the Southern District of New York, affirms the following under penalties of perjury:

1. I am an attorney with the firm of SNR Denton US, LLP. ("SNR Denton" or "firm"). In October 2009, I filed a Notice of Appearance on behalf of Defendant Stephen Walsh. I worked with my then partner Mark A Flessner in representing Mr. Walsh. Mr. Flessner has since left SNR Denton and joined the law firm of Holland & Knight. Mr. Walsh has informed SNR Denton that he wishes to have Mr. Flessner and Holland & Knight conduct his defense.

2. Rule 1.16(c)(10) of the New York Rules of Professional Conduct (22 N.Y.C.R.R. Section 1200.16[c][10]) expressly authorizes a lawyer to withdraw from representing a client if the client knowingly and freely assents to termination of the employment. Local Rule 1.5(b)(5) specifies that New York's Rules of Professional Conduct govern the conduct of attorneys who appear before the District Court.

3. Mr. Walsh has knowingly and freely consented to SNR Denton's withdrawal from this matter and all related matters.

4. My understanding is that Mark Flessner and Holland & Knight will remain as counsel for Mr. Walsh in this matter.

WHEREFORE, I respectfully request that the Court issue an Order permitting SNR Denton, the undersigned, and all of SNR Denton's attorneys and employees to withdraw from this matter.

Dated: February 5, 2013
      New York, New York

By: /s/ Glenn C. Colton
     Glenn C. Colton