UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 09 cr. 722 (MGC) |
| - against - | ECF CASE |
| PAUL GREENWOOD, and STEPHEN WALSH | |
| Defendants. | |

## <u>NOTICE OF MOTION TO WITHDRAW</u>

PLEASE TAKE NOTICE THAT, upon the accompanying Affirmation in Support of Motion to Withdraw, dated May 3, 2013, HOLLAND & KNIGHT LLP will move this Court before the Honorable Miriam Goldman Cedarbaum, United States District Court Judge for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be fixed by the Court, for an Order permitting HOLLAND & KNIGHT LLP. and all of its attorneys and employees to withdraw from this matter.

Dated: May 3, 2013
Chicago, Illinois

HOLLAND & KNIGHT LLP

By: ____/s/ Mark A. Flessner_____

Mark A. Flessner
HOLLAND & KNIGHT LLP
131 S. Dearborn St., 30th Fl.
Chicago, IL  60603
Tel: 312-263-3600
mark.flessner@hklaw.com
*Attorneys for Defendant Stephen Walsh*

#23056895_v1