UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PAUL GREENWOOD and STEPHEN WALSH,<br><br>Defendants. | Case No. 09 Cr. 722 (MGC)<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel of record for Defendant Stephen Walsh. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       July 17, 2013

                                      /s/ Mark Cuccaro
                                      Mark Cuccaro
                                      SHER TREMONTE LLP
                                      80 Broad Street, Suite 1301
                                      New York, New York 10004
                                      Tel: 212.202.2600
                                      Fax: 212.202.4156
                                      E-mail: mcuccaro@shertremonte.com

                                      *Attorneys for Defendant Stephen Walsh*