UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA,



09 Cr. 722 (MGC)

v.

**ORDER**

STEPHEN WALSH,

                Defendant.
-------------------------------------------------X

       This motion for an order compelling handwriting exemplars from defendant Stephen Walsh having come before the Court on the application of Preet Bharara, United States Attorney (John J. O'Donnell, Assistant United States Attorney, appearing); and the Court having been advised that the defendant consents to the relief requested by the Government, it is

       ORDERED that, pursuant to the All Writs Act, 28 U.S.C. § 1651(a), and Rule 17(c) of the Federal Rules of Criminal Procedure, the defendant STEPHEN WALSH shall provide handwriting exemplars to the United States at a date, time and place to be determined by counsel, and it is further

       ORDERED that such exemplar shall be provided within ten (10) days from the filing date of this Order.

Dated: New York, New York
       September 12, 2013

S/
_____
MIRIAM GOLDMAN CEDARBAUM
UNITED STATES DISTRICT JUDGE

September 12, 2013