# SHER TREMONTE LLP

May 14, 2014

**BY ECF AND HAND DELIVERY**

Hon. Miriam G. Cedarbaum
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    *United States v. Stephen Walsh*
                 (Case No. 09 Cr. 722 (MGC))

Dear Judge Cedarbaum:

    We write on behalf of our client, Stephen Walsh, to respectfully request that the Court schedule Mr. Walsh's sentencing on or after September 22, 2014.

    On April 25, Magistrate Judge Fox set a control date of July 29 for Mr. Walsh's sentencing. Mr. Walsh is currently scheduled to attend his presentence interview with the Probation Office on May 28, and a final presentence report is expected in July or August. Counsel for Mr. Walsh seek to schedule his sentencing in late September in order to have adequate time to prepare Mr. Walsh's sentencing submissions.

    The Government consents to this request.

                                                  Respectfully submitted,

                                                  Justin M. Sher
                                                  Michael Tremonte

cc:    Benjamin Naftalis, Assistant United States Attorney (*via e-mail*)

80 BROAD STREET, SUITE 1301 | NEW YORK, NEW YORK 10004
WWW.SHERTREMONTE.COM | TEL: 212-202-2600 | FAX: 212-202-4156