# HAFETZ & NECHELES LLP

ATTORNEYS AT LAW

ONE GRAND CENTRAL PLACE
60 EAST 42ND STREET
NEW YORK, N.Y. 10165
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

November 20, 2014

<u>By ECF</u>

The Honorable Miriam Goldman Cedarbaum
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    <u>**United States v. Paul Greenwood**</u>**,**
            **Case No. 09-cr-0722 (MGC)**

Dear Judge Cedarbaum:

    My firm represents Paul Greenwood in the above-captioned case. On November 19, 2014, I filed by ECF a redacted copy of Mr. Greenwood's Sentencing Submission (Dkt. No. #214). Today, I filed a revised redacted copy of the Mr. Greenwood's Sentencing Submission, containing additional redactions.

    We respectfully request that the Court delete docket entry 214 from the docket in this case, as it contains material that should have been redacted.

                              Respectfully submitted,

                              <u>s/ Frederick P. Hafetz</u>
                              Frederick P. Hafetz

cc:    All counsel of record (by ECF)