# SHER TREMONTE LLP

December 16, 2014

**BY ECF AND HAND DELIVERY**

Hon. Miriam G. Cedarbaum
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Stephen Walsh*
              (Case No. 09 Cr. 722 (MGC))

Dear Judge Cedarbaum:

      We write on behalf of our client, Stephen Walsh, to request a brief adjournment of Mr. Walsh's surrender date. Mr. Walsh is currently scheduled to report to the institution designated by the Bureau of Prisons on January 5, 2015. As of that date, however, Mr. Walsh's children will be in Australia attending the wedding of his daughter, Sarah. It is anticipated that Mr. Walsh's children will return to New York by mid-January. Mr. Walsh and his children would like to be able to spend a few days together upon the children's return from Sarah's wedding prior to Mr. Walsh's surrender date. Accordingly, we respectfully request a brief adjournment of Mr. Walsh's report date until January 20, 2015. The government does not object to this request.

                                      Respectfully submitted,

                                      Justin M. Sher
                                      Michael Tremonte

cc:    Benjamin Naftalis, Assistant United States Attorney
       Jessica Masella, Assistant United States Attorney

80 BROAD STREET, SUITE 1301 | NEW YORK, NEW YORK 10004
WWW.SHERTREMONTE.COM | TEL: 212-202-2600 | FAX: 212-202-4156