# HAFETZ & NECHELES LLP

ATTORNEYS AT LAW

---

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

June 24, 2016

Judge Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  *United States v. Greenwood*, 09-cr-00722

Dear Judge Preska:

    I write briefly to address the June 23 victim impact letter sent by James Carder to the Court.

    The reason for the Second Circuit reversal was that there was no evidence on the record to support the sentencing court's conclusion that the losses caused by Mr. Greenwood had caused devastating losses of thousands of dollars to many investors or indeed to any individual.

    Unquestionably, Mr. Carder suffered significant financial losses as well as other injury which he set forth and he has every right to be indignant at Mr. Greenwood's conduct. However, we do question Mr. Carder's assertion that he was financially devastated by the losses caused by Mr. Greenwood. My understanding based on discussion with Mr. Greenwood is that Mr. Carder received $15 million from Westridge Capital during the course of his work there and that in 2008, although he did not receive his anticipated bonus of several million dollars, he did receive approximately $400,000 to $500,000 from Westridge.

                                                             Respectfully submitted,

                                                             Frederick P. Hafetz

cc: AUSA Jessica Masella (via ECF)