# HAFETZ & NECHELES LLP

ATTORNEYS AT LAW

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

June 24, 2016

Judge Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Greenwood*, 09-cr-00722

Dear Judge Preska:

I want to bring to the Court's attention the post-sentencing conduct of Mr. Greenwood. In *Pepper v. United States*, 562 U.S. 476 (2011), the Supreme Court held that post-sentencing rehabilitative conduct is relevant to consideration of defendant's personal history and characteristics. *Id.* at 491.

Mr. Greenwood has demonstrated strong rehabilitative conduct at Butner where he has not been incarcerated for more than one year. He has taught twenty inmates for 30 hours on basic finance including how to manage checking accounts, credit cards, budgeting and the like. He has counseled sixteen inmates for approximately 50 hours each on business planning for the future upon release including getting jobs, strategy for self-employment and start-up businesses, and applying for Pell grants for further education. All of these inmates counseled by him on business planning were drug dealers. He also has spent approximately 300 hours doing typing for inmates on personal and legal matters including divorce proceedings and letters for their families.

Respectfully submitted,

Frederick P. Hafetz

cc: AUSA Jessica Masella (via ECF)